NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA PRIOR PEREIRA,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5149

---

Appeal from the United States Court of Federal Claims in No. 1:13-CV-00176-EJD, Judge Edward J. Damich.

---

**ON MOTION**

---

**O R D E R**

The United States moves without opposition for an extension of time until November 14, 2013 to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    PEREIRA v. US

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk

s24